UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY A. GUDERMUTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV97 DJS/TCM |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

```
MOTION:
Granted  ✓
Denied
Overruled
Date
        6/3/05
```

### FIRST MOTION FOR ENLARGEMENT OF TIME

The Defendant, pursuant to Rule 6(b), F.R.Civ.P., respectfully moves the Court to enlarge the period of time in which he may file his Brief in Support of the Answer up to and including July 6, 2009. Opposing counsel has no objection.

Respectfully submitted,

MICHAEL W. REAP
ACTING UNITED STATES ATTORNEY

s/ Jane Rund
JANE RUND #47298
Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2777 FAX